```
           IN THE UNITED STATES DISTRICT COURT
         FOR THE SOUTHERN DISTRICT OF MISSISSIPPI
                      JACKSON DIVISION
```

**GARY LEE BALDWIN**                                              **PLAINTIFF**

VS.                                   CIVIL ACTION NO. 3:12cv609 TSL-JMR

**COUNTY OF RANKIN (BOARD OF**
**SUPERVISORS)**                                                  **DEFENDANT**

---

### O R D E R

This cause came on this date to be heard upon the report and recommendation of the United States magistrate judge, and the court, having fully reviewed the report and recommendation of the United States magistrate judge entered on or about August 19, 2013, and being duly advised in the premises, finds that said report and recommendation should be adopted as the opinion of this court.

IT IS, THEREFORE, ORDERED that the report and recommendation of United States Magistrate Judge John M. Roper entered on August 19, 2013, be, and the same is hereby, adopted as the finding of this court.  The [21] motion of defendant to dismiss should be granted, and this cause should be dismissed without prejudice for failure of plaintiff to prosecute.  A separate judgment will be entered herein in accordance with this order as required by Rule 58 of the Federal Rules of Civil Procedure.

SO ORDERED, this the 16th  day of September,  2013.

/s/Tom S. Lee
UNITED STATES DISTRICT JUDGE